# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-50545
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
March 24, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Antonio Castaneda,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-21-1

_____

Before Wiener, Elrod, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Defendant-Appellant Antonio Castaneda has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Castaneda has not filed a response.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50545

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.